In the United States District Court For
The Middle District of Pennsylvania

James H. Williams
(Petitioner/Appellant)

Docket _____

Civil Action

vs

Supplemental jurisdiction
(under state law claims)
28 U.S.C. 1331, 1343(A)-(3), 1367.

John E. Wetzel (Secretary of Corrections)
Dorina Varner (Chief Grievance officer, Central office)
Barry Smith (Facility Manager, S.C.I-Houtzdale)
Susan McQuillen (I/M Employment officer, Houtzdale)
Ginter (Unit Manager, S.C.I-Houtzdale)
Pittsinger (Food Service Manager, Houtzdale)
Derring (Food Service staff, Houtzdale)
Pa. Department of Corrections officials.
(Defendants/Respondents)

FILED SCRANTON
SEP 08 2020
PER ___ DEPUTY CLERK

Notice of Appeal
(Federal Question)

Please take notice that the above petitioner, James H. Williams, pro se, hereby 'Appeals' or files 'Complaint' from an 'order' or 'Judgment' from Pa. Supreme Court Middle District docketed at #95 MAP 2019 (Reversing Commonwealth Court order Granting Writ of Mandamus and Summary Judgment against Pa. Dept of Corrections officials pursuant to Federal Law). To the United States District Court for Middle District in Pa. Final order entered on August 19, 2020 by Cmwlth Court in accordance with Pa. Supreme Court directive. Williams vs Wetzel #95 MAP 2019 filed June 16, 2020. This order has been Entered in the docket from Cmwlth Ct. Williams vs Wetzel (27 M.D. 2017) as evidence by attached Exhibit A and B (Pa Supreme Ct order)

Date August 28, 2020

By James H. Williams
AY-8692 (S.C.I-Houtzdale)
P.O.Box 1000 Houtzdale Pa. 16698

In the United States District Court
For the Middle District of Pennsylvania

To: Office of Prothonotary
(Middle District Court of Pa)
United States Post Office & Court House
Scranton, Pa. 18501

September 2, 2020

In RE: <u>Williams v Wetzel</u> (82 M.D. 2017)

Dear Prothonotary:

Enclose please find one (1) original <u>Notice of Appeal</u>, <u>Brief In Support of Appeal</u> (pro-se) with attached <u>Exhibits</u> and <u>Certificate of Service</u> for filing <u>supplemental jurisdiction</u> in relation to <u>Federal question</u> based on state law claims. with your office.

Please docket filing and send notice for filing fee and exact number of copies that is required.

Due to Covid-19 Law Library only excepts limited inmates every other week for one hour.

Notice for Appeal must be filed within 30 days of last decision of State Court Ruling.

Reason for Federal question. State writ of mandamus dealt solely with state violation and state relief therefore should have been dismissed on state law not Federal law.

Truly yours, James Williams
James Williams AY-8697 SCI Houtzdale

James Williams
AY-8692
(S.C.I- Houtzdale)
P.O. Box 1000
209 Institutional Drive
Houtzdale, Pa. 16698-1000

INMATE MAIL
PA DEPT
OF CORRECTIONS

**RECEIVED**
**SCRANTON**
SEP 08 2020
PER _____
DEPUTY CLERK

To: Office of Prothonotary
(Federal Middle District Court of Pa)
United States Post Office & Court House
Scranton, Pa. 18501